# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HALEY,<br><br>                       Plaintiff,<br>  vs.<br><br>GORDON R. ENGLAND, Secretary of the Navy,<br><br>                       Defendant. | CASE NO. 05cv1339 WQH (CAB)<br><br>**ORDER DISMISSING CASE** |

HAYES, Judge:

      On July 13, 2007, this Court issued an order to show cause notifying Plaintiff that the Court would dismiss this case after August 13, 2007, unless Plaintiff filed a written response showing cause as to why this case should not be dismissed for failure to prosecute. (Doc. # 12.)

      Plaintiff did not comply with this Court's order on or before August 13, 2007. Accordingly, this case is hereby dismissed without prejudice for failure to prosecute. *See* Local Civil Rule 41.1; Fed. R. Civ. P. 41(b). The Clerk of the Court shall close this case.

DATED: August 21, 2007

                                                 **WILLIAM Q. HAYES**
                                                 United States District Judge